**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-09-00758-CR

**DONALD GENE BLANTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15189**

## ORDER
Before Justices Moseley, O'Neill, and Lewis

Before the Court is appellant's motion for rehearing filed on August 8, 2013. We **DENY** the motion.

/s/     JIM MOSELEY
         JUSTICE